DONALD MOODY *v.* COMMISSIONER OF CORRECTION

The petitioner Donald Moody's petition for certification for appeal from the Appellate Court, 127 Conn. App. 293 (AC 31206), is denied.

*Peter Tsimbidaros*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided April 20, 2011

WILLIAM KUMAH ET AL. *v.* LEO G. BROWN ET AL.

The petition by the defendant town of Greenwich for certification for appeal from the Appellate Court, 127 Conn. App. 254 (AC 32244), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the plaintiffs' nuisance counts did not fall within the scope of General Statutes § 13a-149?"

The Supreme Court docket number is SC 18777.

*Aamina Ahmad*, assistant town attorney, in support of the petition.

*Kathleen Eldergill*, in opposition.

Decided April 20, 2011